# EXHIBIT A

# DC-16-02255 - TIA WAGNER vs. FEDERAL NATIONAL MORTGAGE, et al

Case Number: DC-16-02255
File Date: 02/26/2016
Case Status: OPEN

Court: 162nd District Court
Case Type: PROPERTY

PLAINTIFF : WAGNER, TIA
Address:
  515 ANGLEBLUFF DR
  DESOTO TX 75115

**Active Attorneys**
**Pro Se**

DEFENDANT : FEDERAL NATIONAL MORTGAGE
  Aliases:
  *AKA* FANNIE MAC
Address:
  BY SERVING BARRETT DAFFIN FAPPIER
  15000 SURVEYOR BLVD #100
  ADDISON TX 75001

DEFENDANT : DALLAS COUNTY, TEXAS
Address:
  509 MAIN ST 2ND FL STE 200
  DALLAS TX 75202

DEFENDANT : DESOTO CITY HALL, TEXAS
Address:
  211 E PLEASANT RUN RD
  DESOTO TX 75115

02/26/2016 NEW CASE FILED (OCA) - CIVIL
02/26/2016 ISSUE CITATION
  ISSUE CITATION
  ISSUE CITATION
  ISSUE CITATION
02/26/2016 ORIGINAL PETITION
  ORIGINAL PETITION
02/26/2016 AFFIDAVIT
  AFFIDAVIT
02/26/2016 AFFIDAVIT INABILITY TO PAY
  AFFIDAVIT INABILITY TO PAY
02/26/2016 CASE FILING COVER SHEET
  CASE FILING COVER SHEET
03/02/2016 CITATION

| | |
|---|---|
| Anticipated Server: CERTIFIED MAIL | Anticipated Method: |
| Actual Server: CERTIFIED MAIL | Returned: 03/11/2016 |
| Anticipated Server: CERTIFIED MAIL | Anticipated Method: |
| Actual Server: CERTIFIED MAIL | Returned: 03/10/2016 |
| Anticipated Server: CERTIFIED MAIL | Anticipated Method: |

Actual Server: CERTIFIED MAIL                          Returned: 03/11/2016
Comment: CERT MAIL/DC***9214-8901-0661-5400-0080-9162-35*****9214-8901-0661-5400-0080-9140-64*****9214-8901-0661-5400-0080-9148-73

## 03/15/2016 NOTICE OF HEARING / FIAT
NOTICE OF HEARING / FIAT
Comment: ON EMERGENCY TRO

## 03/15/2016 NON-SIGNED PROPOSED ORDER/JUDGMENT
NON-SIGNED PROPOSED ORDER/JUDGMENT
Comment: DECLARATORY JUDGMENT

## 03/17/2016 CORRESPONDENCE - CONTEST LETTER
CORRESPONDENCE - CONTEST LETTER

## 03/17/2016 TRO HEARING
Judicial Officer: BROWN, PHYLLIS LISTER
Hearing Time: 10:00 AM
Cancel Reason: REQUESTED BY ATTORNEY/PRO SE
Comment: JASON 214-771-5696



Loading financial information, please wait...

ORIGINAL PETITION
AFFIDAVIT INABILITY TO PAY
AFFIDAVIT
CASE FILING COVER SHEET
ISSUE CITATION
ISSUE CITATION
ISSUE CITATION
DALLAS COUNTY, TEXAS - CITATION
DESOTO CITY HALL, TEXAS - CITATION
FEDERAL NATIONAL MORTGAGE - CITATION
NOTICE OF HEARING / FIAT
NON-SIGNED PROPOSED ORDER/JUDGMENT
CORRESPONDENCE - CONTEST LETTER

# EXHIBIT B

# EXHIBIT B-1

NO. DC 16-02255

FILED
2016 FEB 26 PM 1:21
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

AFFIDAVIT INABILITY TO PAY

3 Cits
Cert

| | | |
|---|---|---|
| TIA WAGNER | § | IN THE DISTRICT COURT |
| 515 ANGLEBLUFF DRIVE | § | |
| DESOTO, TEXAS 75115 | § | |
| | § | |
| Affiant, | § | |
| | § | 254th R JUDICIAL DISTRICT |
| V. | § | |
| | § | |
| FEDERAL NATIONAL MORTGAGE | § | |
| a/k/a FANNIE MAC, is a Foreign | § | |
| Financial Institution who is operating in | § | |
| the STATE of STATE, and may be served | § | |
| with process through their representative | § | |
| Located at: Barrett Daffin Fappier | § | |
| Its, agents, assignees, associates, officers, | § | |
| etc. | § | |
| 15000 Surveyor Blvd #100 | § | |
| Addison, Texas 75001 | § | |

DALLAS COUNTY, TEXAS
Its, agents, assignees, associates, officers,
etc.
**509 Main Street, 2nd Floor, Suite 200,
Dallas, Texas 75202
And**
DESOTO CITY HALL, TEXAS
Its, agents, assignees, associates, officers,
etc.
**211 E. Pleasant Run Rd.
Desoto, Texas 75115**

| | | |
|---|---|---|
| Respondents. | § | DALLAS COUNTY, TEXAS |

### PLAINTIFF'S ORINGINAL PETITION FOR VIOLATION OF 15 U.S.C. 1692 et seq, AND AFFIDAVIT FOR IMMEDIATE TEMPORARY RESTAINING ORDER AND TEMPORARY INJUNCTION SUPPORTED BY AFFIANT UNCONTESTED AFFIDAVIT

**TO SAID COURT:**

COMES NOW, Plaintiff Tia Wagner, who files this Petition, in the interest of justice and

fairness, and for the underlying violations of the Revised Statues, Texas Debt Collection Act,

Fair Debt Collections Practices Act (15 U.S.C. 1692), and the Texas Constitution of 1974 and for

a Declaratory Judgment as stated herein, and asks this Honorable Court to grant the Application

for all reasons stated and incorporated by this document against Federal National Mortgage a/k/a

Fannie Mae, ect., to prevent Defendants from conducting the Sale of Plaintiff homestead for

eviction and from otherwise selling or taking possession of the property subject of this litigation

which is incorporated by reference and is supported by affiant uncontested affidavit and fully set

forth at length herein, during the pendency of this cause, and from otherwise disturbing or

attempting to disturb Plaintiff's peaceable possession and enjoyment of her property, and in

support shows the Court the following:

1.    *Parties.*

    a.    Plaintiff/Affiant, Tia Wagner, a private citizen who own properties in the

state of Texas at: 515 Anglebluff Drive Desoto Texas 75115, and, makes this Affidavit for

Temporary Restraining Order and Injunction. The last four numbers of Plaintiff's social security

number are xxxxxxxxx.

    c.    Respondent, Dallas County, Texas is a Foreign Financial Institution who

is operating in the STATE of TEXAS, and may be served with process through their

representative LOCATED 509 Main Street, 2nd Floor, Suite 200, Dallas, Texas 75202

Phone: (214) 653-7099 • Fax: (214) 653-7176 for Service of said Respondent as described above

can be effected by certified return receipt mail for delivery.

    d.    Respondent, Federal National Mortgage a/k/a Fannie Mae, (hereafter "

Federal National Mortgage, is a Foreign Financial Institution who is operating in the STATE of

TEXAS, and may be served with process through their representative LOCATED at P.O. Box

15000 Surveyor Blvd #100Addison, Texas 75001 for Service of said Respondent as described above can be effected by certified return receipt mail for delivery.

e. City of Desoto, Texas who is a Foreign Financial Institution who operates in the STATES OF TEXAS, and may be served with process through their representative Located at 211 E. Pleasant Run Rd. Desoto, Texas 75115

2.      This court has jurisdiction over the parties because Respondent is operating in Texas in the county of Dallas.

## JURISDICTION AND VENUE

3. The subject matter in controversy is within the jurisdictional limits of this Court.

4. This Court has personal jurisdiction because the property which is the subject of this litigation is located in the state of Texas and Defendants is doing business within this State.

5. Venue in this cause is proper in Dallas County, STATE OF TEXAS because property is located in Dallas County, Texas.

## **FACTS**

6. Plaintiff is the record owner of the property located at: 515 ANGLEBLUFF DRIVE DESOTO, TEXAS 75115 more specifically described as:  a legal disc., together with all the buildings and improvements thereon, situated in the County of Dallas Texas, and being designated on the official subdivision map, on file and of record in the office of the Clerk and Recorder for said subdivision; said lot having such measurements and dimensions as shown on said map.

7. Plaintiff has requested, in writing, that the Defendants produce original or certified true copies of Note, Mortgage, and all transfer documents showing all of the transfers and assignments of the aforementioned instruments.  These requests were made in order to verify that Defendants are in fact the "Holder in Due Course" of the note as required by executory process

within Louisiana law. Defendants have yet to produce such documents. It is Plaintiff's belief

that the Defendants do not have the authority to foreclose on the property and are in fact not the

actual holders of the original note, and therefore not entitled to collect on a debt.

8. Plaintiff allegedly signed a Promissory Note in order to purchase the property located

at. Further, Plaintiff has not yet had the opportunity to review any documentation to confirm

their **authenticity** as stated within the law.

9. Plaintiff has attempted to verify by fax and phone if Defendants are in fact the

HOLDER IN DUE COURSE and HOLDER OF THE NOTE as defined in Rev. Stat § 10:3-302

(original or certified true copy per executory foreclosure process) or representative of the

HOLDER IN DUE COURSE and HOLDER OF THE NOTE (original or certified true copy per

executory foreclosure process). Plaintiff have requested that Defendants pull the pending

Sheriff's seizure and sale until the debt is validated and the true HOLDER IN DUE COURSE or

HOLDER OF THE NOTE, with the authentic/original or certified true copy of aforementioned

documents, is known. Defendant(s) have refused to do so and in fact intend to pursue this

collection action by executing the executory process of the Sheriff's seizure.

10. Affiant has informed Respondent that note/mortgage was rescinded, pursuant to 15

U.S.C. 1635, which was mailed to original lender.


## <u>VIOLATION 1 – AUTHENTIC EVIDENCE SUBMITTED WITH PETITION</u>

11. Defendant's, did not show evidence of any authentic evidence in which an executory

foreclosure process could be initiated. Art. 2635 states in part that a party must prove his right to

use executory process to enforce the mortgage, security agreement, or privilege, it is necessary

only for the party to submit with his petition authentic evidence of:

(1) The note, bond, or other instrument evidencing the obligation secured by the mortgage, security agreement, or privilege.

(2) The authentic act of mortgage or privilege on immovable property importing a confession of judgment.

(3) The act of mortgage or privilege on movable property importing a confession of judgment whether by authentic act or by private signature duly acknowledged.

The Defendants has not proven to have any authenticated evidence as necessary and mandatory within Art. 2635.

## VIOLATION 2 – UNIFORM DECEPTIVE TRADES PRACTICES ACT, REVISED STATUTES 51:1409

12. R.S. 51:1409 states in part that any person suffering any ascertainable loss of money or movable property, corporeal or incorporeal, as a result of the use of employment by another person of an unfair or deceptive method, act, or practice declared unlawful by R.S. 51:1405, may bring an action individually but not in a representative capacity to recover actual damages. Defendant is attempting, through deceptive trade practices, to seize and sale Plaintiff's real property without having the secured rights as a Creditor. Defendant is not the original creditor and therefore would not be the holder of any original documents, as prescribed by law, nor have Defendants produced any certified true copies of the documents needed to execute the executory foreclosure process. (Exhibit 1)

## VIOLATION 3 – FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. 1692, et seq

13. Defendant, TIB, is a "Debt Collector" as defined in §1692a(6), the Plaintiff is a consumer as defined in §1692a(3), the term "Debt" is defined at §1692(5) and the term Creditor is defined at §1692(4).

## VIOLATION 3A – 15. U.S.C. 1692(e)(4)

14. The FDCPA states at §1692(e)(4) that a Debt Collector may not make any false or deceptive representations, including any representations: (4) that nonpayment may result in arrest or seizure of any property, unless such action is lawful and the collector intents to do the same; Defendants, as a Debt Collector, has no valid claim or interest in the real property as does the original Creditor.

## DECLARATORY JUDGMENT

15. The Plaintiff requests that the court declare than any attempt to foreclose pursuant to the Statues for executory foreclosure process, and FDCPA law is an action to collect a debt and therefore the Defendants must produce the one and only authentic Original Promissory Note (or certified true copy) signed by Plaintiff for inspection by Plaintiff and/or their document examiner prior to proceeding with any Sherriff seizure and sale of the real property.

### PRAYER FOR RELIEF

### WHEREFORE PREMISES CONSIDERED, PLAINTIFF RESPECTFULLY REQUESTS:

16. That this Petition be filed and that a day be appointed for a hearing on this matter;

17. That notice of the filing of this Petition and the hearing date be given to all parties;

18. That, after trial on the merits, the Court permanently enjoin Defendants, Defendants' officers, agents, servants, employees, successors and assigns, constables, sheriffs, Justices of the Peace, and attorneys from directly or indirectly from taking possession of the

subject property or from otherwise disturbing or attempting to disturb Plaintiff's

peaceable possession enjoyment of the property.

19. Economic Damages;

20. Punitive Damages;

21. A declaration that the Defendants must produce the one and only Original

Promissory Note signed by the Plaintiff for inspection by the Plaintiff and or their document

examiner prior to proceeding with any foreclosure proceedings;

22. A declaration that the court declare that any attempt to foreclose pursuant to the

Texas Article 2634 et seq, R.S 51:409 et seq, and the FDCPA is an action to collect a

debt;

23. Exemplary Damages;

24. Reasonable fees;

25. Costs of Court; and

26. All other relief to which Plaintiff is entitled;

27. Plaintiff prays for general relief.

Respectfully submitted

Tia Wagner
515 Anglebluff Drive
Desoto, Texas 75115
Phone: 214-200-6149
By:

**Affidavit**

BEFORE ME, the undersigned authority, on this day personally appeared, Tia Wagner who affirmed by his own word that the following facts are true:

"I am Affiant in this cause. I have personal knowledge of the facts stated above, and they are true and correct." I request that the clerk immediately set hearing and issue citations upon the filing of Affiant Application.

Tia Wagner
Affiant

SIGNED under oath before me on _24th day of Feb, 2016_

TOTINA ANDERSON-DAVIS
Notary Public, State of Texas
My Commission Expires
February 11, 2019

NO. <u>DC16 02355</u>      FILED

2016 FEB 26 PM 1:22

FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS

_____ DEPUTY

| | | |
|---|---|---|
| TIA WAGNER | § | IN THE DISTRICT COURT |
| 515 ANGLEBLUFF DRIVE | § | |
| DESOTO, TEXAS 75115 | § | |
| | § | |
| Affiant, | | |
| | § | |
| | § | 162ᴺᴰ JUDICIAL DISTRICT |
| V. | § | |
| | § | |
| | § | |
| FEDERAL NATIONAL MORTGAGE | § | |
| a/k/a FANNIE MAC, is a Foreign | § | |
| Financial Institution who is operating in | § | |
| the STATE of STATE, and may be served | § | |
| with process through their representative | § | |
| Located at: Barrett Daffin Fappier | § | |
| Its, agents, assignees, associates, officers, | § | |
| etc. | § | |
| 15000 Surveyor Blvd #100 | § | |
| Addison, Texas 75001 | § | |

DALLAS COUNTY, TEXAS
Its, agents, assignees, associates, officers, etc.
**509 Main Street, 2nd Floor, Suite 200,
Dallas, Texas 75202
And**
DESOTO CITY HALL, TEXAS
Its, agents, assignees, associates, officers, etc.
**211 E. Pleasant Run Rd.
Desoto, Texas 75115**

| | | |
|---|---|---|
| Respondents. | § | DALLAS COUNTY, TEXAS |

## Affidavit for Inability for Payment of all Cost/Bonds

**BEFORE ME, the undersigned authority on this day personally appeared, Affiant, who being by me duly sworn, deposes and says an oath as follows:**

| | |
|---|---|
| State OF Texas | * |
| | * KNOW ALL MEN BY THESE PRESENTS |
| | * |
| County of Dallas | * |

**BEFORE ME, the undersigned authority on this day personally appeared, Affiant, who being by me duly sworn, deposes and says an oath as follows:**

That I am Tia Wagner, who live and owns property located within Texas a member state for the United States

That I am of lawful age and am competent to make this Affidavit.

That I have personal knowledge of the facts stated herein.

That this sworn Affidavit is made as a matter of record as my right in my own proper person under the Constitution of the United States of America.

That I know and understand that this affidavit for payment is in the interest of justice for fairness as to consumer rights under title 15 under U.S.C section 1692 et. Seq. and section 807 of the FDCPA number 3

That I do not waive any of my rights at this time nor do I intend to waive any of my rights at any time under any jurisdiction under Bill of Rights and Writ of Rights.

That this Affidavit is tender for all cost of court and surety Bonds in the amount of any cost of the clerk and court for USD's and is for any filing fees and/or bonds or rent due filed in the office of the clerk of Dallas County, state of Texas

Affiant has reserved all its rights as an American citizen under hardship and under legal Disability which creates a greater Hardship.

Affiant also request that the disputing party or the accused party paid due to THIS Affidavit not being disputed with a counter-Affidavit under the UCC in commerce.


I declare under penalty of perjury the Laws of the United States of America in the interest of justice and fairness, that the foregoing is true, correct, complete, and not misleading and contains the truth, the whole truth, and nothing but the truth to my knowledge and belief.


_____
Affiant

### JURAT

State of Texas
County of Dallas
Subscribed and sworn to before me on this ____ day of _____,
2016, by _____, proved to me on the basis of satisfactory
evidence to be the person(s) who appeared before me on my sworn oath sitting in for State
of Texas

.

Signature _____    (Seal)
Notary Public Sitting in and for the State of Texas

TOTINA ANDERSON-DAVIS
Notary Public, State of Texas
My Commission Expires
February 11, 2019

**Affidavit**

BEFORE ME, the undersigned authority, on this day personally appeared Tia Wagner, who affirmed by his own word that the following facts are true:

"I am Affiant in this cause. I have personal knowledge of the facts stated above, and they are true and correct." I request that the clerk immediately set hearing and issue citations upon the filing of Affiant Application.

Tia Wagner
Affiant

SIGNED under oath before me on _____ of FEB 2016

TOTINA ANDERSON-DAVIS
Notary Public, State of Texas
My Commission Expires
February 11, 2019

Notary Public for the State of Texas

# EXHIBIT B-2

NO. DC 16-02255

FILED

2016 FEB 26 PM 1:21

FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS

_____DEPUTY

| | |
|---|---|
| TIA WAGNER<br>515 ANGLEBLUFF DRIVE<br>DESOTO, TEXAS 75115 § § §<br><br>Affiant, § | IN THE DISTRICT COURT |
| V. § § | 162nd JUDICIAL DISTRICT |
| FEDERAL NATIONAL MORTGAGE<br>a/k/a FANNIE MAC, is a Foreign<br>Financial Institution who is operating in<br>the STATE of STATE, and may be<br>served with process through their<br>representative Located at: Barrett Daffin<br>Fappier<br>Its, agents, assignees, associates, officers,<br>etc.<br>15000 Surveyor Blvd #100<br>Addison, Texas 75001<br><br>DALLAS COUNTY, TEXAS<br>Its, agents, assignees, associates, officers,<br>etc.<br>509 Main Street, 2nd Floor, Suite 200,<br>Dallas, Texas 75202<br>And<br>DESOTO CITY HALL, TEXAS<br>Its, agents, assignees, associates, officers,<br>etc.<br>211 E. Pleasant Run Rd.<br>Desoto, Texas 75115 § § § § § § § § § § § | |
| Respondents. § | DALLAS COUNTY, TEXAS |

Affidavit for Tia Wagner supporting suit

| | |
|---|---|
| State of Texas | * KNOW ALL MEN BY THESE PRESENTS |
| | * NOTICE FOR EMERGENCY HEARING |
| County OF Dallas | * all rights reserved for show cause |

**BEFORE ME, the undersigned authority** on this day personally appeared, Affiant, who being by me duly sworn, deposes and says an oath as follows:

That I am Carol Matthews, who live and on all real property at: 515
Anglebluff Drive Desoto, Texas 75115

That I am of lawful age and am competent to make this Affidavit.

That I have personal knowledge of the facts stated herein.

That this sworn Affidavit is made as a matter of record as my right in my own proper person under the Constitution of the United States of America.
That I know and understand that I cannot be denied justice for lack of finances as a result of a hardship at this time.

That I do not waive any of my rights at this time nor do I intend to waive any of my rights at any time under any jurisdiction under Bill of Rights and Writ of Rights.

**Affiant also request that the disputing party or the accused party paid due to THIS Affidavit not being disputed with a counter-Affidavit under the UCC TO SAID COURT:**

COMES NOW, Plaintiff Tia Wagner, who files this Petition, in the interest of justice and

fairness, and for the underlying violations of the Revised Statues, Texas Debt Collection Act, Fair

Debt Collections Practices Act (15 U.S.C. 1692), and the Texas Constitution of 1974 and for a

Declaratory Judgment as stated herein, and asks this Honorable Court to grant the Application for

all reasons stated and incorporated by this document against Federal National Mortgage a/k/a

Fannie Mae, ect., to prevent Defendants from conducting the Sale of Plaintiff homestead for

eviction and from otherwise selling or taking possession of the property subject of this litigation

which is incorporated by reference and is supported by affiant uncontested affidavit and fully set

forth at length herein, during the pendency of this cause, and from otherwise disturbing or

attempting to disturb Plaintiff's peaceable possession and enjoyment of her property, and in

support shows the Court the following:

1.   *Parties.*

   a.   Plaintiff/Affiant, Tia Wagner, a private citizen who own properties in the

state of Texas at: 515 Anglebluff Drive Desoto Texas 75115, and, makes this Affidavit for

Temporary Restraining Order and Injunction. The last four numbers of Plaintiff's social security number are xxxxxxxxx.

      c.      Respondent, Dallas County, Texas is a Foreign Financial Institution who is operating in the STATE of TEXAS, and may be served with process through their representative LOCATED 509 Main Street, 2nd Floor, Suite 200, Dallas, Texas 75202 Phone: (214) 653-7099 • Fax: (214) 653-7176 for Service of said Respondent as described above can be effected by certified return receipt mail for delivery.

      d.      Respondent, Federal National Mortgage a/k/a Fannie Mae, (hereafter " Federal National Mortgage, is a Foreign Financial Institution who is operating in the STATE of TEXAS, and may be served with process through their representative LOCATED at P.O. Box 15000 Surveyor Blvd #100Addison, Texas 75001 for Service of said Respondent as described above can be effected by certified return receipt mail for delivery.

      2.      This court has jurisdiction over the parties because Respondent is operating in Texas in the county of Dallas.

## JURISDICTION AND VENUE

      3. The subject matter in controversy is within the jurisdictional limits of this Court.

      4. This Court has personal jurisdiction because the property which is the subject of this litigation is located in the state of Texas and Defendants is doing business within this State.

      5. Venue in this cause is proper in Dallas County, STATE OF TEXAS because property is located in Dallas County, Texas.

## FACTS

6.  Plaintiff is the record owner of the property located at: 515 ANGLEBLUFF DRIVE DESOTO, TEXAS 75115 more specifically described as:  a legal disc., together with all the buildings and improvements thereon, situated in the County of Dallas Texas, and being designated on the official subdivision map, on file and of record in the office of the Clerk and Recorder for said subdivision; said lot having such measurements and dimensions as shown on said map.

7.  Plaintiff has requested, in writing, that the Defendants produce original or certified true copies of Note, Mortgage, and all transfer documents showing all of the transfers and assignments of the aforementioned instruments.  These requests were made in order to verify that Defendants are in fact the "Holder in Due Course" of the note as required by executory process within Louisiana law.  Defendants have yet to produce such documents.  It is Plaintiff's belief that the Defendants do not have the authority to foreclose on the property and are in fact not the actual holders of the original note, and therefore not entitled to collect on a debt.

8.  Plaintiff allegedly signed a Promissory Note in order to purchase the property located at.  Further, Plaintiff has not yet had the opportunity to review any documentation to confirm their **authenticity** as stated within the law.

9.  Plaintiff has attempted to verify by fax and phone if Defendants are in fact the HOLDER IN DUE COURSE and HOLDER OF THE NOTE as defined in Rev. Stat § 10:3-302 (original or certified true copy per executory foreclosure process) or representative of the HOLDER IN DUE COURSE and HOLDER OF THE NOTE (original or certified true copy per executory foreclosure process).  Plaintiff have requested that Defendants pull the pending Sheriff's seizure and sale until the debt is validated and the true HOLDER IN DUE COURSE or HOLDER OF THE NOTE, with the authentic/original or certified true copy of aforementioned

documents, is known. Defendant(s) have refused to do so and in fact intend to pursue this collection action by executing the executory process of the Sheriff's seizure.

10. Affiant has informed Respondent that note/mortgage was rescinded, pursuant to 15 U.S.C. 1635, which was mailed to original lender.

## VIOLATION 1 – AUTHENTIC EVIDENCE SUBMITTED WITH PETITION

11. Defendant's, did not show evidence of any authentic evidence in which an executory foreclosure process could be initiated. Art. 2635 states in part that a party must prove his right to use executory process to enforce the mortgage, security agreement, or privilege, it is necessary only for the party to submit with his petition authentic evidence of:

(1) The note, bond, or other instrument evidencing the obligation secured by the mortgage, security agreement, or privilege.

(2) The authentic act of mortgage or privilege on immovable property importing a confession of judgment.

(3) The act of mortgage or privilege on movable property importing a confession of judgment whether by authentic act or by private signature duly acknowledged.

The Defendants has not proven to have any authenticated evidence as necessary and mandatory within Art. 2635.

## VIOLATION 2 – UNIFORM DECEPTIVE TRADES PRACTICES ACT, REVISED STATUTES 51:1409

12. R.S. 51:1409 states in part that any person suffering any ascertainable loss of money or movable property, corporeal or incorporeal, as a result of the use of employment by another

person of an unfair or deceptive method, act, or practice declared unlawful by R.S. 51:1405, may

bring an action individually but not in a representative capacity to recover actual damages.

Defendant is attempting, through deceptive trade practices, to seize and sale Plaintiff's real

property without having the secured rights as a Creditor.  Defendant is not the original creditor

and therefore would not be the holder of any original documents, as prescribed by law, nor have

Defendants produced any certified true copies of the documents needed to execute the executory

foreclosure process.  (Exhibit 1)

## VIOLATION 3 – FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. 1692, et seq

13.  Defendant, TIB, is a "Debt Collector" as defined in §1692a(6), the Plaintiff is a

consumer as defined in §1692a(3), the term "Debt" is defined at §1692(5) and the term Creditor

is defined at §1692(4).

## VIOLATION 3A – 15. U.S.C. 1692(e)(4)

14.  The FDCPA states at §1692(e)(4) that a Debt Collector may not make any false or

deceptive representations, including any representations: (4) that nonpayment may result in arrest

or seizure of any property, unless such action is lawful and the collector intents to do the same;

Defendants, as a Debt Collector, has no valid claim or interest in the real property as does the

original Creditor.

## DECLARATORY JUDGMENT

15.  The Plaintiff requests that the court declare than any attempt to foreclose pursuant to

the Statues for executory foreclosure process, and FDCPA law is an action to collect a debt and

therefore the Defendants must produce the one and only authentic Original Promissory Note (or

certified true copy) signed by Plaintiff for inspection by Plaintiff and/or their document examiner

prior to proceeding with any Sherriff seizure and sale of the real property.

## PRAYER FOR RELIEF

**WHEREFORE PREMISES CONSIDERED, PLAINTIFF RESPECTFULLY REQUESTS:**

16. That this Petition be filed and that a day be appointed for a hearing on this matter;

17. That notice of the filing of this Petition and the hearing date be given to all parties;

18. That, after trial on the merits, the Court permanently enjoin Defendants, Defendants' officers, agents, servants, employees, successors and assigns, constables, sheriffs, Justices of the Peace, and attorneys from directly or indirectly from taking possession of the subject property or from otherwise disturbing or attempting to disturb Plaintiff's peaceable possession enjoyment of the property.

19. Economic Damages;

20. Punitive Damages;

21. A declaration that the Defendants must produce the one and only Original Promissory Note signed by the Plaintiff for inspection by the Plaintiff and or their document examiner prior to proceeding with any foreclosure proceedings;

22. A declaration that the court declare that any attempt to foreclose pursuant to the Texas Article 2634 et seq, R.S 51:409 et seq, and the FDCPA is an action to collect a debt;

23. Exemplary Damages;

24. Reasonable fees;

25. Costs of Court; and

26. All other relief to which Plaintiff is entitled;

27. Plaintiff prays for general relief.

I declare under penalty of perjury the Laws of the United States of America in the interest of justice and fairness, that the foregoing is true, correct,

complete, and not misleading and contains the truth, the whole truth, and
nothing but the truth to my knowledge and belief.

_____
Affiant

## JURAT

State of Texas
County of Dallas
Subscribed and sworn to before me on this _____ day of _____,
2016, by _____, proved to me on the basis of satisfactory
evidence to be the person(s) who appeared before me on my sworn oath sitting in for State
of Texas.

Signature_____ (Seal)
Notary Public Sitting in and for the State of Texas

TOTINA ANDERSON-DAVIS
Notary Public, State of Texas
My Commission Expires
February 11, 2019

## Affidavit

BEFORE ME, the undersigned authority, on this day personally appeared Tia Wagner.,

who affirmed by his own word that the following facts are true:

"I am Affiant in this cause.  I have personal knowledge of the facts stated above, and they

are true and correct." I request that the clerk immediately set hearing and issue citations upon the

filing of Affiant Application.

_____
Tia Wagner
Affiant

SIGNED under oath before me on _____

_____ (Seal)
Notary Public for the State of Texas

TOTINA ANDERSON-DAVIS
Notary Public, State of Texas
My Commission Expires
February 11, 2019

# EXHIBIT B-3

# CIVIL CASE INFORMATION SHEET

**CAUSE NUMBER** *(FOR CLERK USE ONLY):* DC 16-02255   **COURT** *(FOR CLERK USE ONLY):* _____

**STYLED** _____ FILED

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

2016 FEB 26 PM 1:21

FELICIA PITRE DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

## 1. Contact information for person completing case information sheet:

Name: Tia Wagner
Email:
Address: 515 Anglebluff Dr
Telephone: (214) 200-6149
City/State/Zip: Desoto, TX 75115
Fax:
Signature: Tia Wagner
State Bar No:

### Names of parties in case:

Plaintiff(s)/Petitioner(s): Tia Wagner

Defendant(s)/Respondent(s): TW, Tia Wagner, Dallas County, Texas, etc., City of Dallas

*[Attach additional page as necessary to list all parties]*

### Person or entity completing sheet is:
- [ ] Attorney for Plaintiff/Petitioner
- [x] Pro Se Plaintiff/Petitioner
- [ ] Title IV-D Agency
- [x] Other: affiant

Additional Parties in Child Support Case:
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract**
*Debt/Contract*
- [ ] Consumer/DTPA
- [ ] Debt/Contract
- [ ] Fraud/Misrepresentation
- [ ] Other Debt/Contract:

*Foreclosure*
- [ ] Home Equity—Expedited
- [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract:

**Injury or Damage**
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation
*Malpractice*
- [ ] Accounting
- [ ] Legal
- [ ] Medical
- [ ] Other Professional Liability:
- [ ] Motor Vehicle Accident
- [ ] Premises
*Product Liability*
- [ ] Asbestos/Silica
- [ ] Other Product Liability List Product:
- [ ] Other Injury or Damage:

**Real Property**
- [ ] Eminent Domain/Condemnation
- [x] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property:

**Related to Criminal Matters**
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus— Pre-indictment
- [ ] Other:

### Family Law

**Marriage Relationship**
- [ ] Annulment
- [ ] Declare Marriage Void
*Divorce*
- [ ] With Children
- [ ] No Children

**Other Family Law**
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other:

**Post-judgment Actions (non-Title IV-D)**
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

**Title IV-D**
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

**Parent-Child Relationship**
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Parentage/Paternity
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child:

**Employment**
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment:

**Other Civil**
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [ ] Other:

**Tax**
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

### Probate & Mental Health
*Probate/Wills/Intestate Administration*
- [ ] Dependent Administration
- [ ] Independent Administration
- [ ] Other Estate Proceedings
- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other:

## 3. Indicate procedure or remedy, if applicable (may select more than 1):
- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [x] Class Action
- [x] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [x] Mandamus
- [ ] Post-judgment
- [x] Prejudgment Remedy
- [x] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [x] Temporary Restraining Order/Injunction
- [ ] Turnover

## 4. Indicate damages sought (do not select if it is a family law case):
- [x] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- [ ] Less than $100,000 and non-monetary relief
- [ ] Over $100,000 but not more than $200,000
- [ ] Over $200,000 but not more than $1,000,000
- [ ] Over $1,000,000

Rev 2/13

# EXHIBIT B-4

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:

**FEDERAL NATIONAL MORTGAGE AKA FANNIE MAE**
**BY SERVING BARRETT DAFFIN FAPPIER, REPRESENTATIVE**
**15000 SURVEYOR BLVD #100**
**ADDISON TX 75001**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **162nd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **TIA WAGNER**

Filed in said Court **26th day of February, 2016** against

**FEDERAL NATIONAL MORTGAGE**  *E TAL*

For Suit, said suit being numbered **DC-16-02255**, the nature of which demand is as follows:
Suit on **PROPERTY** etc. as shown on said petition , a copy of which accompanies this citation.
If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 2nd day of March, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas

By_____
DIANNE COFFEY

# CITATION

**DC-16-02255**

**TIA WAGNER**
vs.
**FEDERAL NATIONAL MORTGAGE, ET AL**

ISSUED THIS
**2nd day of March, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: DIANNE COFFEY, Deputy

**Attorney for Plaintiff—PRO SE**
TIA WAGNER
515 ANGLEBLUFF DR
DESOTO TX 75115
214-200-6149

**AFFIDAVIT INABILITY TO PAY**

# OFFICER'S RETURN

FILED
MAR 11 2016
FELICIA PITRE
DIST. CLERK DALLAS CO., TEXAS
DEPUTY

Case No. : DC-16-02255

Court No.162nd District Court

Style: **TIA WAGNER**

vs.

**FEDERAL NATIONAL MORTGAGE, ET AL**

Came to hand on the 2nd day of MARCH, 2016, at 10:21 o'clock A .M. Executed at 15000 Surveyor Blvd #100 Addison Tx, within the County of ____ at ____ o'clock ____ .M. on the 7th day of March, 2016, by delivering to the within named

Federal National Mortgage AKA Fannie Mae By serving Barrett Daffin, Fappier, Representative Signed By Isaiah Logan

each, **BY SERVING U S CERTIFIED MAIL, RETURN RECEIPT REQUESTED** , a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was ________ miles and my fees are as follows: To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $ 76.00 | Signed By Isaiah Logan |
| For mileage | $______ | of ______ County, ______ |
| For Notary | $______ | By [signature] Dep. |

**FELICIA PITRE**
**DISTRICT CLERK**
**600 COMMERCE STREET**
**DALLAS, TEXAS 75202-4606**

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said ____________ before me this ____ day of ____________, 20____,

to certify which witness my hand and seal of office.

______________________

Notary Public__________ County__________

9214-8901-0661-5400-0080-9140-64

FELICIA PITRE
DISTRICT CLERK
GEORGE L ALLEN, SR. COURTS BLDG
600 COMMERCE ST STE 103
DALLAS, TX 75202-4689



9214 8901 0661 5400 0080 9140 64

**Return Receipt (Electronic)**

**DC1602255/DC**

BARRETT DAFFIN FAPPIER, REPRESENTATIVE
FEDERAL NATIONAL MORTGAGE AKA FANNIE MAE
#100
15000 SURVEYOR BLVD
ADDISON, TX 75001

· · · · · · · · · · · · · · · · · · · · · · · · · · · CUT / FOLD HERE · · · · · · · · · · · · · · · · · · · · · · · · · · ·

· · · · · · · · · · · · · · · · · · · · · · · · · · · 6"X9" ENVELOPE · · · · · · · · · · · · · · · · · · · · · · · · · ·
CUT / FOLD HERE

· · · · · · · · · · · · · · · · · · · · · · · · · · · CUT / FOLD HERE · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**UNITED STATES**
**POSTAL SERVICE.**

Date: March 9, 2016

MAIL MAIL:

The following is in response to your March 9, 2016 request for delivery information on your Certified Mail™/RRE item number 92148901066154000080914064. The delivery record shows that this item was delivered on March 7, 2016 at 8:57 am in ADDISON, TX 75001. The scanned image of the recipient information is provided below.

Signature of Recipient :

Delivery Section

*Isaiah Logan*

Isaiah Logan

Address of Recipient :

*15000 SURVEYOR BLVD.*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

DC1602255/DC
BARRETT DAFFIN FAPPIER, REPRESENTATIVE
FEDERAL NATIONAL MORTGAGE AKA FANNIE MAE
#100
15000 SURVEYOR BLVD
ADDISON , TX  75001-0000

# EXHIBIT B-5

**FORM NO. 353-3 - CITATION**

**THE STATE OF TEXAS**

CERT MAIL

**CITATION**

**DC-16-02255**

To:

**DALLAS COUNTY TEXAS**
**BY SERVING THEIR REPRESENTATIVE**
**509 MAIN STREET 2ND FL, SUITE 200**
**DALLAS TX 75202**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **162nd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **TIA WAGNER**

Filed in said Court **26th day of February, 2016** against

**FEDERAL NATIONAL MORTGAGE** *ETAL*

For Suit, said suit being numbered **DC-16-02255,** the nature of which demand is as follows:
Suit on **PROPERTY** etc. as shown on said petition, a copy of which accompanies this citation.
If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 2nd day of March, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____ Deputy
DIANNE COFFEY

**TIA WAGNER**
vs.
**FEDERAL NATIONAL**
**MORTGAGE,**
**ET AL.**

ISSUED THIS
**2nd day of March, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: DIANNE COFFEY, Deputy

**Attorney for Plaintiff—PRO SE**
TIA WAGNER
515 ANGLEBLUFF DR
DESOTO TX 75115
214-200-6149

**AFFIDAVIT INABILITY TO PAY**

**OFFICER'S RETURN**

Case No. : DC-16-02255

Court No.162nd District Court

Style: TIA WAGNER

vs.

FEDERAL NATIONAL MORTGAGE, ET AL.

Came to hand on the _____ 2nd _____ day of _____ March _____, 20 _16_ at _10:00_ o'clock _*A*_ M. on the _____ day of _____

within the County of _____ at _____ o'clock _____ M. Executed at

20 _____, by delivering to the within named

_____ Unexecuted _____

each, BY SERVING U S CERTIFIED MAIL, RETURN RECEIPT REQUESTED : a true copy of this Citation together with the accompanying copy of this pleading, having

first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness

my hand.

| | |
|---|---|
| For serving Citation | $ 76.00 |
| For mileage | $ |
| For Notary | $ |

_____ Unexecuted _____

of _____ County, _____

By _____

(Must be verified if served outside the State of Texas)

Deputy

Signed and sworn to by the said

_____ before me this _____ day of _____, 20 _____

to certify which witness my hand and seal of office.

_____
Notary Public

_____
County

16 MAR 10 AM 10:02

DALLAS CO. TEXAS
DEPUTY

FILED

FELICIA PITRE
DISTRICT CLERK
600 COMMERCE STREET
DALLAS, TEXAS 75202-4606

9-4121-8901-0661-5400-0080-9148-73

FELICIA PITRE
DISTRICT CLERK
GEORGE L ALLEN, SR. COURTS BLDG
600 COMMERCE ST STE 103
DALLAS, TX 75202-4689

**Return Receipt (Electronic)**

9214 8901 0661 5400 0080 9148 73

**DC 1602255/DC**

SERVING THEIR REPRESENATIVE
DALLAS COUNTY TEXAS
SUITE 200
509 MAIN STREET 2ND FL
DALLAS, TX 75020

CUT / FOLD HERE

8"X9" ENVELOPE
CUT / FOLD HERE

CUT / FOLD HERE



CERTIFIED MAIL

9214 8901 0661 5400 0080 9148 73

D, strict
Cu

# EXHIBIT B-6

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:

**DESOTO CITY HALL, TEXAS**
**BY SERVING THEIR REPRESENTATIVE**
**211 E PLEASANT RUN RD**
**DESOTO TX 75115**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **162nd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **TIA WAGNER**

Filed in said Court **26th day of February, 2016** against

**FEDERAL NATIONAL MORTGAGE, ET AL**

For Suit, said suit being numbered **DC-16-02255**, the nature of which demand is as follows:
Suit on **PROPERTY** etc. as shown on said petition, a copy of which accompanies this citation.
If this citation is not served it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas.
Given under my hand and the Seal of said Court at office this 2nd day of March, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas County, Texas

By_____
DIANNE COFFEY

---

CERT-MAIL

## CITATION

## DC-16-02255

**TIA WAGNER**
vs.
**FEDERAL NATIONAL**
**MORTGAGE,**
**ET AL**

ISSUED THIS
**2nd day of March, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: DIANNE COFFEY, Deputy

**Attorney for Plaintiff—PRO SE**
TIA WAGNER
515 ANGLEBLUFF DR
DESOTO TX 75115
214-200-6149

---

**OFFICER'S RETURN**

Case No. : DC-16-02255

Court No.162nd District Court

Style: **TIA WAGNER**

vs.

**FEDERAL NATIONAL MORTGAGE, ET AL.**

Came to hand on the ___2nd___ day of ___March___, 20 _16_, at _10:18_ o'clock _A_.M. Executed at _211 E Pleasant Run Rd_ within the County of ____ at ____ o'clock ____.M. on the ___7th___ day of ___March___, 20 _16_, _City of DeSoto_, _Texas BY serving its representative C. Richardson_ by delivering to the within named _____ each. **BY SERVING U S CERTIFIED MAIL, RETURN RECEIPT REQUESTED** , a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was ____ miles and my fees are as follows:  To certify which witness my hand.

|                    |          |
|--------------------|----------|
| For serving Citation | $ _76.00_ |
| For mileage        | $ ____   |
| For Notary         | $ ____   |

Signed _Signed C. Richardson_

of ____ County,

By _Oceana City_

(Must be verified if served outside the State of Texas)

Deputy

Signed and sworn to by the said _____

to certify which witness my hand and seal of office.

_____ before me this ____ day of ____, 20 ____.

Notary Public _____

County _____

**FELICIA PITRE**
DISTRICT CLERK
600 COMMERCE STREET
DALLAS, TEXAS 75202-4606

**FELICIA PITRE**
DISTRICT CLERK
600 COMMERCE STREET
DALLAS, TEXAS 75202-4606

FILED
DIST. CLERK DALLAS CO. TEXAS
FELICIA PITRE
MAR 11 2016
DEPUTY

9214-8901-8861-5400-0080-9162-35

FELICIA PITRE
DISTRICT CLERK
GEORGE L ALLEN, SR. COURTS BLDG.
600 COMMERCE ST STE 103
DALLAS, TX 75202-4689

**Return Receipt (Electronic)**



9214 8901 0661 5400 0080 9162 35

**DC 16-02255/DC**

SERVING THEIR REPRESENTATIVE
CITY OF DESOTO TEXAS
211 E PLEASANT RUN RD
DESOTO, TX 75115

································ CUT / FOLD HERE ································

································ 6"X9" ENVELOPE ································
CUT / FOLD HERE

································ CUT / FOLD HERE ································

**UNITED STATES**
**POSTAL SERVICE.**

Date: March 9, 2016

MAIL MAIL:

The following is in response to your March 9, 2016 request for delivery information on your Certified Mail™/RRE item number 92148901066154000080916235. The delivery record shows that this item was delivered on March 7, 2016 at 10:34 am in DESOTO, TX 75115. The scanned image of the recipient information is provided below.

Signature of Recipient :

Delivery Section

Signature
X [signature]

Printed Name  Marivra - Richardson

Address of Recipient :

Delivery Address  211 E Pleasant Run Rd

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

DC16-02255/DC
SERVING THEIR REPRESENTATIVE
CITY OF DESOTO TEXAS
211 E PLEASANT RUN RD
DESOTO, TX  75115-0000

# EXHIBIT B-7

16-02255

Cause No. ~~16-02266~~

| | | |
|---|---|---|
| TIA WAGNER | § | IN THE DISTRICT COURT |
| 515 ANGLEBLUFF DRIVE | § | |
| DESOTO, TEXAS 75115 | § | |
| | § | |
| Affiant, | | |
| | § | |
| V. | § | 162nd   JUDICIAL DISTRICT |
| | § | |
| FEDERAL NATIONAL MORTGAGE | § | |
| a/k/a FANNIE MAC, is a Foreign | § | |
| Financial Institution who is operating in | § | |
| the STATE of STATE, and may be | § | |
| served with process through their | § | |
| representative Located at: Barrett Daffin | § | |
| Fappier | § | |
| Its, agents, assignees, associates, officers, | § | |
| etc. | § | |
| 15000 Surveyor Blvd #100 | § | |
| Addison, Texas 75001 | | |
| | | |
| DALLAS COUNTY, TEXAS | | |
| Its, agents, assignees, associates, officers, | | |
| etc. | | |
| 509 Main Street, 2nd Floor, Suite 200, | | |
| Dallas, Texas 75202 | | |
| And | | |
| DESOTO CITY HALL, TEXAS | | |
| Its, agents, assignees, associates, officers, | | |
| etc. | | |
| 211 E. Pleasant Run Rd. | | |
| Desoto, Texas 75115 | | |
| | | |
| Respondents. | § | DALLAS COUNTY, TEXAS |

## NOTICE OF EMERGENCY HEARING

To all interested parties that this NOTICE that there will be a hearing before the above said
Court on Declaratory Judgment,

on {date} 03 /17/2016, at {time} 10.00   A m., in Room 162nd of the

George Allen                                    Courthouse, on the following issues:

## Notice of claims for Violation of title 15 U.S.C. 1692 et. seq.  supported by affiant uncontested affidavit

**** This part is to be filled out by the clerk or to be filled in with information you obtained from the documents filed in the office of the clerks' records:


_____

Signed, Clerk of the Court


I request and demand that the Dallas County Clerk immediate set hearing and notify all interested parties immediately after setting of hearing supported by this document supporting by the attached affiant affidavit that been executed and wittiness by an independent notary public.



Tia Wagner
515 Anglebluff Drive
Desoto, Texas 75115
214-200-6149

EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **TIA WAGNER** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No.** |
| **FEDERAL NATIONAL MORTGAGE** | § | |
| **a/k/a FANNIE MAC, DALLAS COUNTY,** | § | |
| **TEXAS, and DESOTO CITY HALL,** | § | |
| **TEXAS,** | § | |
| | § | |
| **Defendants.** | § | |

**CONSENT TO REMOVAL BY CITY OF DESOTO, TEXAS**

Defendant City of Desoto, Texas expresses its consent to the removal of the above-referenced cause from the 162nd Judicial District Court, Dallas County, Texas, Cause No. DC-16-02255, to the United States District Court for the Northern District of Texas, Dallas Division.

Dated: _____ March 22 _____, 2016.

Respectfully submitted,

**NICHOLS, JACKSON, DILLARD,
HAGER & SMITH, L.L.P.**

By: *Peter G Smith*

PETER G. SMITH
Bar No. 186664300
psmith@njdhs.com - email
BRADEN W. METCALF
Bar No. 24055969
bmetcalf@njdhs.com – email
1800 Ross Tower
500 North Akard Street
Dallas, Texas 75201
214.965.9900 – telephone
214.965.0010 – facsimile

**ATTORNEYS FOR THE CITY OF
DESOTO, TEXAS**