**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **TIA WAGNER** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. 3:16-cv-820-M-BF |
| **FEDERAL NATIONAL MORTGAGE** § | |
| **a/k/a FANNIE MAC, DALLAS COUNTY,** § | |
| **TEXAS, and DESOTO CITY HALL,** § | |
| **TEXAS,** § | |
| § | |
| Defendants. § | |

**DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a
FANNIE MAE'S MOTION TO DISMISS PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

Federal National Mortgage Association a/k/a Fannie Mae ("Defendant") files this Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and respectfully show as follows:

**I.**

Pursuant to Local Rule 7.1, the items required for this Motion are included in Defendant's Brief in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), filed this same day and incorporated herein by reference for all purposes.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) be granted, that each of Plaintiff's claims as set forth above and in her Original Petition be dismissed with prejudice, and that Defendant be awarded all other relief to which it may be entitled.

Respectfully submitted,

By: */s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

**ATTORNEYS FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served in the manner indicated below on this 30th day of March, 2016, upon the following:

*Via Regular U.S. Mail*
Tia Wagner
515 Anglebluff Drive
Desoto, TX 75115

*Via ECF Notification*
Peter G. Smith
Braden W. Metcalf
Nichols, Jackson, Dillard, Hager & Smith, LLP
1800 Ross Tower
500 N. Akard St.
Dallas, TX 75201

*/s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**