IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIA WAGNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:16-CV-0820-M (BF) |
| | § | |
| DALLAS COUNTY, TEXAS, FEDERAL | § | |
| NATIONAL MORTGAGE, and CITY OF | § | |
| DESOTO, TEXAS | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** Plaintiff Tia Wagner's case be dismissed without prejudice for failure to prosecute.

SO ORDERED, this 6th day of June, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE